Hall, Judge.
 

 The operative words in the deed from the plaintiff’s intestate to
 
 Mary Buckhart,
 
 are very different from those which are generally used in conveying title to property of this description. They are, that he puts the said negro boy named Tom into the possession of the said
 
 Mary,
 
 and gives and grants the services of the said negro boy to the said
 
 Mary
 
 during her life, clear of any demand for his services during the time of the natu-
 
 *563
 
 pal life of the said
 
 Mary.
 
 Nothing is said respecting the title of the said negro, and I think the grantor intended to part w ith the possession only of said negro, and exempt
 
 Mary Buckhart
 
 from all accountability for the services of said negro during her life; and if it were allowable to look into the other facts set forth in this case, this opinion would appear to me more strongly fortified; for it appears that
 
 Mary
 
 Buckhart, who was the owner of this slave, had conveyed her title to plaintiff’s testator on the same day that the conveyance was made to her as before expressed. Now it is not likely that she would have made that conveyance, if she had intended that the same interests should be reconveyed to her on the same day. I think that judgment should be entered for the plaintiff.'
 

 The rest of the Court concurring in tfiis opinion,
 

 Judgment reversed.